| Case | Number | Date | Judge | Disposition |
|---|---|---|---|---|
| Colbert v. State | 32A01–1601–PC–220 | 12/21/2016 | PYLE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | RILEY, J. | Concurs |
| C&R Remodeling, LLC v. City of Hammond | 45A03–1604–PL–862 | 12/21/2016 | DARDEN, Sr.J. | Affirmed in part, Reversed in part, and Remanded |
| | | | BROWN, J. | Concurs |
| | | | CRONE, J. | Concurs in part and Dissents in part |
| Johnson v. State | 49A02–1602–CR–385 | 12/21/2016 | PYLE, J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Newman v. State | 12A02–1601–PC–83 | 12/21/2016 | KIRSCH, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Strobel v. State | 65A04–1603–CR–582 | 12/21/2016 | KIRSCH, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Kuchaes v. Public Storage, Inc. | 49A02–1603–PL–546 | 12/21/2016 | KIRSCH, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| E.J.-H, In re | 02A03–1607–JC–1633 | 12/21/2016 | CRONE, J. | Reversed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Neale v. State | 33A05–1605–PL–1211 | 12/21/2016 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Clark v. State | 33A04–1605–CR–974 | 12/21/2016 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Chandler v. State | 02A04–1606–CR–1460 | 12/21/2016 | BRADFORD, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Spaulding v. State | 49A05–1605–CR–1039 | 12/21/2016 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |